RONALD G. MORRISON, ISB #6746
REGINA M. MCCREA, ISB #6845
MORRISON & ASSOCIATES, P.C.
1717 S. Rustle, Suite 212
Spokane, WA 99224
Telephone: (509) 624-1347
Fax: (509) 624-2065
Email: reginam@ronmorrisonlaw.com

Attorneys for Defendant Safeco

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HUBERT VAN DER HEIJDEN, and CARLY VAN DER HEIJDEN, husband and wife ) ) ) | |
| Plaintiffs, ) ) | CASE NO. 07-5 |
| v. ) ) | NOTICE OF REMOVAL |
| SAFECO INSURANCE CO. OF AMERICA, a foreign corporation licensed to do business in Idaho, ) ) ) ) | |
| Defendant. ) ) | |

    Defendant Safeco Insurance Company of America [hereinafter "Safeco"], for the purpose of removing this case to the United States District Court for the District of Idaho, states:

1.    An action was commenced by service upon the Insurance Commissioner of the State

NOTICE OF REMOVAL          1

of Idaho on December 11, 2006, in the District Court of the First Judicial District of the State of Idaho, entitled *Hubert Van Der Heijden and Carly Van Der Heijden v. Safeco Insurance Co. Of America*.  In this action, plaintiff seeks damages "exceeding $700,000" for Breach of Contract, Breach of Good Faith and Fair Dealing, Bad Faith, Deceptive Business Practices, in addition to costs and attorney's fees.

2. Plaintiffs, Hubert and Carly Van Der Heijden are adults residing in Bonner County, Idaho.

3. Defendant Safeco is a Washington Corporation with its principal place of business in Seattle, Washington.

4. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant Safeco pursuant to the provisions of 28 U.S.C. § 1441(a).

5. Because this action arises in a matter over which this Court has original jurisdiction, the action "may be removed by the [Defendant] to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

6. Removal is timely under 28 U.S.C. § 1446(b), which allows Defendant Safeco thirty (30) days from receipt of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.  The Summons and Complaint were served upon the Insurance Commissioner of the State of Idaho on December 11, 2006.

7. True and correct copies of the original Summons, Complaint, and Insurance Commissioner's Certificate of Service are attached as Exhibit "A" hereto, along with a copy of the entire state court record and the docket sheet.

8. Attached as Exhibit "B" is a copy of the Notice of Removal to Federal Court, which is being filed with the District Court of the First Judicial District of the State of Idaho.

9. By filing the instant Notice of Removal, Defendant Safeco does not waive, and fully

NOTICE OF REMOVAL       2

reserves, all defenses it may have, including but not limited to defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, and failure to state a claim upon which relief may be granted.

10. Written notice of this Notice of Removal is further being provided to Plaintiffs by service of this document on Plaintiffs' Counsel. *See* Ex. B.

11. Based upon the foregoing, Defendant Safeco respectfully requests that the United States District Court for the District of Idaho accept this Notice of Removal and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary.

Dated this  4th  day of January, 2007.

MORRISON & ASSOCIATES PC

By: s/ Regina M. McCrea
ISB #6845
Attorneys for Defendant Safeco
1717 S. Rustle, Suite 212
Spokane, WA 99224
Telephone: (509) 624-1347
Fax: (509) 624-2065
Email: reginam@ronmorrisonlaw.com

NOTICE OF REMOVAL        3

CERTIFICATE OF TRANSMITTAL

I hereby certify that a true and correct copy of the foregoing was, on the 4th day of January, 2007,

    [ ] hand delivered
    [X] faxed
    [ ] mailed by first class mail, postage prepaid

to the following:

John R Layman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Fax (509) 624-2902
Layman Layman & Robinson PLLP
601 S Division Street
Spokane WA 99202

                                            /s  Regina McCrea, ISB #6845
                                            of Morrison & Associates, PC