# EXHIBIT A

Date: 12/26/2006
Time: 11:38 AM
Page 1 of 1

User: MORELAND

**First Judicial District Court - Bonner County**

ROA Report

Case: CV-2006-0002072  Current Judge: Steve Verby

Hubert Van Der Heijden, etal. vs. Safeco Insurance Company Of America

Hubert Van Der Heijden, Carly Van Der Hiejden vs. Safeco Insurance Company Of America

| Date | Code | User | | Judge |
|---|---|---|---|---|
| 12/4/2006 | NEWC | MORELAND | New Case Filed | Steve Verby |
| | | MORELAND | Filing: A1 - Civil Complaint, More Than $1000 No Prior Appearance  Paid by: Layman, Layman & Robinson  Receipt number: 0364599  Dated: 12/5/2006  Amount: $88.00 (Check) | Steve Verby |
| | COMP | MORELAND | Complaint For Breach of Contract, Breach of Good Faith & Fair Dealing, Tort of Bad Faith, & Violation of I.C. 1302 for Engaging in Deceptive Business Practices Involving Insurance, & Demand for Jury Trial | Steve Verby |
| | APER | MORELAND | Plaintiff: Van Der Heijden, Hubert Appearance John R Layman | Steve Verby |
| | APER | MORELAND | Plaintiff: Van Der Hiejden, Carly Appearance John R Layman | Steve Verby |
| 12/5/2006 | SMIS | MORELAND | Summons Issued | Steve Verby |
| 12/14/2006 | SMRT | MORELAND | Summons Returned | Steve Verby |
| | RETN | MORELAND | Return Of Service | Steve Verby |
| 12/21/2006 | DFJT | MORELAND | Demand For Jury Trial | Steve Verby |
| | NOAP | MORELAND | Notice Of Appearance | Steve Verby |
| | | MORELAND | Filing: I1A - Civil Answer Or Appear. More Than $1000 No Prior Appearance  Paid by: Morrison & Asociates  Receipt number: 0365502  Dated: 12/21/2006  Amount: $58.00 (Check) | Steve Verby |
| | APER | MORELAND | Defendant: Safeco Insurance Company Of America Appearance Ronald G Morrison | Steve Verby |

Ronald G. Morrison #6746
Regina M. McCrea #6845
Morrison & Associates PC
1200 W Ironwood Drive, Suite 301
Coeur d'Alene ID 83814
   or *preferred*
1717 S Rustle Suite 212
Spokane, Washington 99224
(208) 665-0449 | Fax (509) 624-2065
Idaho State Bar #6746

STATE OF IDAHO
COUNTY OF BONNER
FIRST JUDICIAL DIST.

2006 DEC 21 P 12:09

MARIE SCOTT
CLERK DISTRICT COURT

DEPUTY

Attorneys for Defendant Safeco Ins Co

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNER

| | |
|---|---|
| HUBERT VAN DER HEIJDEN, and CARLY VAN DER HEIJDEN, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> SAFECO INSURANCE CO. OF AMERICA, a foreign corporation licensed to do business in Idaho, <br><br> Defendant. | CASE NO. CV 2006-02072 <br><br> DEMAND FOR JURY TRIAL |

COMES NOW the defendant, by and through its undersigned attorney, and pursuant to Rule 38(b) of the Idaho Rules of Civil Procedure, does hereby respectfully demand a trial by jury of any issue triable of right by a jury, which the defendant respectfully requests to be a jury of twelve (12) persons.

Dated this _20_ day of December, 2006.

MORRISON & ASSOCIATES PC

By: RONALD G. MORRISON #6746
Attorney for Defendant Safeco

## CERTIFICATE OF TRANSMITTAL

I hereby certify that a true and correct copy of the foregoing was, on the 20 December, 2006,

    [ ] hand delivered
    [X] faxed
    [ ] mailed by first class mail, postage prepaid

to the following:

John R Layman .................................................... Fax (509) 624-2902
Layman Layman & Robinson PLLP
601 S Division Street
Spokane WA 99202

                                                of Morrison & Associates

Ronald G. Morrison #6746
Regina M. McCrea #6845
Morrison & Associates PC
1200 W Ironwood Drive, Suite 301
Coeur d'Alene ID 83814
  or *preferred*
1717 S Rustle Suite 212
Spokane, Washington 99224
(208) 665-0449 | Fax (509) 624-2065
Idaho State Bar #6746

Attorneys for Defendant Safeco Ins Co

STATE OF IDAHO
COUNTY OF BONNER
FIRST JUDICIAL DIST.

2006 DEC 21  P 12: 09

MARIE SCOTT
CLERK DISTRICT COURT

DEPUTY

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNER

HUBERT VAN DER HEIJDEN, and CARLY ) CASE NO. CV 2006-02072
VAN DER HEIJDEN, husband and wife )
                                  )
         Plaintiffs,              ) NOTICE OF APPEARANCE
                                  )
v.                                )
                                  )
SAFECO INSURANCE CO. OF AMERICA, a )
foreign corporation licensed to do business in )
Idaho,                            )
                                  )
         Defendant.               )

TO: Hubert and Carly Van der Heijder, and
TO: Their attorney of record John R. Layman

COMES NOW Ronald G. Morrison of Morrison & Associates, P.C. and file this, his Notice of Appearance as counsel on behalf of the Defendant, Safeco Insurance Company of America.

The undersigned attorney requests that all pleadings of any nature in this cause be filed upon the undersigned attorney at the address herein set out.

           Ronald G. Morrison
           Morrison & Associates P.C.
           1717 S Rustle, Suite 212
           Spokane, WA 99224

Dated this 19 day of December, 2006.

MORRISON & ASSOCIATES PC

By: RONALD G. MORRISON #6746
Attorney for Defendant

### CERTIFICATE OF TRANSMITTAL

I hereby certify that a true and correct copy of the foregoing was, on the 20 December, 2006,

[ ] hand delivered
[✓] faxed
[ ] mailed by first class mail, postage prepaid

to the following:

John R Layman .................................................... Fax (509) 624-2902
Layman Layman & Robinson PLLP
601 S Division Street
Spokane WA 99202

of Morrison & Associates

*Van der Heijden v Safeco*
Notice of Appearance          2

State of Idaho
## DEPARTMENT OF INSURANCE

STATE OF IDAHO
COUNTY OF BONNER
FIRST JUDICIAL DIST.

2006 DEC 14 P 12: 25

MARIE SCOTT
CLERK DISTRICT COURT
_____ /s/ _____
DEPUTY

**JAMES E. RISCH**
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250   Fax (208) 334-4298
http://www.doi.state.id.us

**SHAD D. PRIEST**
Acting Director

**To:** NORTHWEST REGION-CLAIMS
ATTN: JOHN HILDERBRAND
4854 154TH PLACE NE
REDMOND, WA 98052-9664

**CC:** Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 12/11/2006

**Re:** NOTICE OF SUMMONS AND COMPLAINT IN THE DISTRICT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNER CASE NO. CV-2006-02072.

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT, in connection with the above-entitled action, was made upon you by US MAIL on the 11TH day of DECEMBER, 2006, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this 11TH day of DECEMBER, 2006.

_____/s/_____ /WW

Shad D. Priest
ACTING DIRECTOR
Department of Insurance
State of Idaho


COPY

RECEIVED
SPOKANE

DEC 1 8 2006

Layman, Layman,
& Robinson, PLLP

Cert No. 7005 1160 0000 1506 2958

# JOHN R. LAYMAN

LAYMAN, LAYMAN & ROBINSON, PLLP
110 Wallace Avenue
Coeur d'Alene, Idaho 83814
(208) 665-7270
(208) 665-7290 (fax)
ISB: 6825

Please Fax and Mail To:
LAYMAN, LAYMAN & ROBINSON, PLLP
601 S. Division St.
Spokane, WA 99202
(509) 455-8883
(509) 624-2902 (fax)

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNER

| | |
|---|---|
| HUBERT VAN DER HEIJDEN, and CARLY VAN DER HEIJDEN, husband and wife, | Case No. CV-2006-02072 |
| | SUMMONS |
| Plaintiffs, | |
| vs. | |
| SAFECO INSURANCE CO. OF AMERICA, a foreign corporation licensed to do business in Idaho, | |
| Defendant. | |

THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER
NOTICE UNLESS YOU RESPOND WITHIN THIRTY (30) DAYS.

READ THE INFORMATION BELOW CAREFULLY

TO:    SAFECO INSURANCE CO. OF AMERICA

ASSIGNED TO STEVE VERBY
DISTRICT JUDGE

SUMMONS -1-

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within thirty (30) days after service of this summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff in the complaint.

A copy of the complaint is served with this summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and your other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure, and shall also include the following:

a) The title and number of this case.

b) If your response is an answer to the complaint, it must contain admissions or denials of the separate allegations of the complaint and other defenses you may claim.

c) Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

d) Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 5 day of December, 2006.

(seal)

By: _____
Deputy Clerk of the Court

SUMMONS -2-

JOHN R. LAYMAN
LAYMAN, LAYMAN & ROBINSON, PLLP
110 Wallace Avenue
Coeur d'Alene, Idaho 83814
(208) 665-7270
(208) 665-7290 (fax)
ISB: 6825

Please Fax and Mail To:
LAYMAN, LAYMAN & ROBINSON, PLLP
601 S. Division St.
Spokane, WA 99202
(509) 455-8883
(509) 624-2902 (fax)

Attorneys for Plaintiffs

STATE OF IDAHO
COUNTY OF BONNER
FIRST JUDICIAL DIST.

2006 DEC -4 P 1:53

MARIE SCOTT
CLERK DISTRICT COURT

DEPUTY

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNER

HUBERT VAN DER HEIJDEN, and
CARLY VAN DER HEIJDEN, husband
and wife,

                  Plaintiffs,

vs.

SAFECO INSURANCE CO. OF
AMERICA, a foreign corporation
licensed to do business in Idaho,

                  Defendant.

Case No. CV-2006-02072

COMPLAINT FOR BREACH OF
CONTRACT, BREACH OF GOOD
FAITH AND FAIR DEALING, TORT
OF BAD FAITH, AND VIOLATION
OF I.C. § 1302 FOR ENGAGING IN
DECEPTIVE BUSINESS PRACTICES
INVOLVING INSURANCE, AND
DEMAND FOR JURY TRIAL

Fee Category: A1

      Plaintiffs, HUBERT and CARLY VAN DER HEIJDEN, husband and wife, (hereinafter "Van Der Heijden") through their attorneys, John R. Layman, and Layman, Layman & Robinson, PLLP, allege the following:

I. PARTIES

1.1   Plaintiffs live and reside in Bonner County, Idaho.

ASSIGNED TO STEVE VERBY
DISTRICT JUDGE

COMPLAINT FOR DAMAGES -1-

1.2.  Defendant Safeco Insurance Company of America ("Safeco") is a Washington non-profit corporation licensed with the Idaho State Department of Insurance to sell insurance to Idaho residents.

## II. JURISDICTION AND VENUE

2.1  Plaintiff re-alleges and incorporates Paragraphs 1.1 through 1.2 of the Complaint as if fully set forth herein.

2.2  Jurisdiction in this Court is proper pursuant to I.C. § 1-701 and § 1-705.

2.3  Venue is proper pursuant to I.C. § 5-404.

## III. FACTS

3.1  Plaintiff re-alleges and incorporates Paragraphs 1.1 through 2.3 of the Complaint as if fully set forth herein.

3.2  On or about November of 2000, Hubert and Carly Van Der Heijden purchased a Quality Crest Homeowners Policy ("Quality Crest Policy"), policy number OM2198273, from Safeco.

3.3  Safeco is an insurer as defined by I.C. § 41-103.

3.4  The Quality Crest Policy included guaranteed replacement coverage and insured a dwelling up to 100% of its replacement costs.

3.5  Van Der Heijden renewed their homeowner's policy with Safeco from 2000 through 2006 by paying a yearly premium. It was always represented by Safeco that the renewal adjustments were based on a careful assessment of Mr. van der Heijden's home's replacement value

3.6  On January 3, 2006, the Van Der Heijden's home was destroyed by a fire.

3.7 On January 5, 2006, Mr. Van Der Heijden met with Steve Kienzle, a representative of Safeco, to give a recorded statement. During that meeting Mr. Kienzle provided Mr. Van Der Heijden with a copy of his existing policy which was the Quality Crest Homeowners Policy.

3.8 After the fire, Safeco represented in a letter on March 6, 2006 that it had agreed to adjust pursuant to the Quality Crest Policy CHO-4035/IOEP 2/00 form. However, Safeco was doing so with exceptions: "we will not provide guaranteed replacement cost to extended dwelling coverage".

3.9 In 2002 Safeco purportedly changed the Van Der Heijden's Quality Crest Policy to a Quality-Plus Homeowner's Policy ("Quality Plus Policy") which eliminated guaranteed replacement and extended dwelling coverage.

3.10 On October 29, 2002, Safeco sent a renewal letter to the Van Der Heijdens, which stated "it is time to renew your Quality-Plus Homeowner's policy."

3.11 Safeco did not send the Quality Plus Policy to the Van Der Heijdens when their homeowner's policy purportedly changed. Safeco did not send the Quality Plus Policy to the Van Der Heijden's prior to January 3, 2006.

3.12 The cost to replace the Van Der Heijden's home is approximately $1,862,897.70.

3.13 Safeco has tendered payment for replacing the Van Der Heijden's home in the amount of $1,154,600.00, refusing to pay the guaranteed replacement cost.

3.14 Safeco refuses to provide other coverage, including but not limited to "loss of use" in accordance with the Quality Crest Policy.

## IV. BREACH OF CONRACT AND BREACH OF GOOD FAITH AND FAIR DEALING

4.1  Plaintiff re-alleges and incorporates Paragraphs 1.1 through 3.16 of the Complaint as if fully set forth herein.

4.2  Van Der Heijden's homeowner's policy, the Quality Crest Policy, provided "guaranteed" replacement coverage for their dwelling.

4.3  Safeco violated I.C. § 41-1824(1) by failing to deliver the Quality Plus Policy to the Van Der Heijdens.

4.4  Safeco deceptively sent renewal letters to the Van Der Heijdens claiming that it was renewing its homeowner's policy based upon careful assessment of the home's replacement value, and then failed to deliver the Quality Plus Homeowners Policy, the policy it claims governs this transaction.

4.5  Safeco's acts and omissions did not create a new homeowners policy and/or it created an ambiguous contract with the Van Der Heijdens.

4.6  Safeco has a duty under Idaho law to perform a contract with the Van Der Heijdens in good faith and to deal with them fairly.

4.7  Safeco breached its contract with Van Der Heijden by refusing to honor the Quality Crest Policy.

4.8  Safeco has not acted fairly and in good faith in performing its contract with the Van Der Heijdens.

4.9  The Van Der Heijdens have sustained damages exceeding $700,000.00.

4.10  The Van Der Heijdens have sustained incidental and consequential damages by Safeco's failure to honor the Quality Crest Policy.

4.11  The Van Der Heijdens are entitled to reasonable attorneys' fees and costs for enforcing the agreement against Safeco.

V.  TORT OF BAD FAITH AND DECEPTIVE BUSINESS PRACTICES

5.1  Plaintiff re-alleges and incorporates Paragraphs 1.1 through 4.11 of the Complaint as if fully set forth herein.

5.2  Safeco has acted deceptively by purportedly changing the Quality Crest Policy to the Quality Plus Policy and not delivering the policy to them.

5.3  Safeco deceptively sent renewal letters to the Van Der Heijdens claiming that it was renewing its homeowner's policy based upon careful assessment of the home's replacement value, and then failed to deliver the Quality Plus Homeowners Policy, the policy it claims governs this transaction.

5.4  Safeco and its agents' acts and omissions are misrepresentations as to the terms and coverage, and now it is acting unfairly by refusing to pay the claim in accordance with the Quality Crest Policy.

5.5  Safeco and its agents' acts and omissions are in violation of I.C. § 41-1302, and § 41-1329 and the Director for the Idaho State Department of Insurance could, among other things, impose an administrative penalty not to exceed $10,000.00 in accordance with I.C. § 41-1329A.

5.6  Safeco's refusal to pay the claim to the Van Der Heijdens in accordance with the Quality Crest Policy is intentional and unreasonable.

5.7  Safeco's intentional and unreasonable denial and delay in payment of this claim is in bad faith.

5.8 The Van Der Heijdens have been damaged by Safeco's acts and omissions in an amount to be proven at trial.

## VI. PRAYER FOR RELIEF

Plaintiffs request this Court grant them the following relief:

1. For all damages proven at trial, including incidental and consequential damages flowing from Safeco's breach of contract and/or bad faith in performing the contract.

2. For an award of reasonable attorneys' fees and costs, pursuant to contract and otherwise permitted by law and equity.

3. Plaintiffs demand a trial by jury on all issues.

4. Plaintiffs reserve the right to amend the complaint to request an award of punitive damages in accordance with I.C. § 6-1604.

5. For such other further relief the Court deems just and equitable

DATED this _27_ day of _Nov._, 2006.

JOHN R. LAYMAN, ISB 6825
Attorneys for Plaintiffs