Ronald G. Morrison #6746
Morrison & Associates PC
1717 S Rustle Suite 212
Spokane, Washington 99224
(208) 665-0449 | Fax (509) 624-2065
Idaho State Bar #6746

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HUBERT VAN DER HEIJDEN, and CARLY VAN DER HEIJDEN, husband and wife | ) ) ) |
| Plaintiffs, | ) CASE NO.   07-5 EJL ) ) |
| v. | ) STIPULATION FOR ORDER OF ) DISMISSAL WITH PREJUDICE |
| SAFECO INSURANCE CO. OF AMERICA, a foreign corporation licensed to do business in Idaho, | ) ) ) ) |
| Defendant. | ) ) ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-entitled action has been fully settled and compromised and that said cause of action may be dismissed with prejudice and without costs.

Dated this  30th  day of August, 2007.

LAYMAN, LAYMAN & ROBINSON, PLLP

By:   s/ John R Layman
ISB #6825
Attorney for Plaintiffs
601 South Division Street
Spokane, WA 99202-1335
Telephone: (509) 455-8883
Fax: (509) 624-2902
Email: jrlayman@laymanlawfirm.com

Dated this 11th   day of September, 2007.

MORRISON & ASSOCIATES PC

By:  s/ Ronald G Morrison
ISB #6746
Attorneys for Defendant
1717 S. Rustle, Suite 212
Spokane, WA 99224
Telephone: (509) 624-1347
Fax: (509) 624-2065
Email: ronm@ronmorrisonlaw.com