IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HUBERT VAN DER HEIJDEN, and CARLY VAN DER HEIJDEN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE CO. OF AMERICA, a foreign corporation licensed to do business in Idaho,<br><br>Defendant. | CASE NO. CV07-05-N- EJL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come before this court upon the Stipulation for Dismissal With Prejudice entered into between the parties and filed herein, and good cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs.

DATED: **September 12, 2007**

*[signature]*

~~Honora~~ble Edward J. Lodge
U. S. District Judge

*Van der Heijden v Safeco*
Order for Dismissal With Prejudice        1